UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOHN D. BRYANT,

    Plaintiff,

v.

ASSET MANAGEMENT PROFESSIONALS, LLC,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, JOHN D. BRYANT, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ASSET MANAGEMENT PROFESSIONALS, LLC, is a limited liability company with its principal place of business at Suite 110, 665 Molly Lane, Woodstock, Georgia 30189.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's cellular telephone voice mail on or about the dates stated:

June 14, 2011
John Bryant, my name is Ms. Cabrera with Asset Management. It is urgent that I speak with, sir, regarding reference 2182255. The number here is 888-355-7515. My extension is 176 and the reference number again is 2182255.

June 16, 2011 – pre-recorded message
This is a personal and confidential message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are John Bryant, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you

are John Bryant. John Bryant, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message to allow you to listen to this message in private. This is Asset Management Professionals. This call is regarding an important business matter. Please call us back tomorrow at 1-888-355-7515. This is a communication from a debt collector, this is an attempt to collect a debt and any information will be used for that purpose. Thank you.

June 21, 2011 – pre-recorded message
--5. Thank you.

June 30, 2011 – pre-recorded message
This is a message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are John Bryant, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are John Bryant. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Asset Management Professionals. This is an attempt to collect a debt and any information obtained will be used for that purpose.. Please contact us an important business matter at 1-888-355-7515.

July 5, 2011 – pre-recorded message
This is a message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are --

July 9, 2011 – pre-recorded message
--5. Thank you.

July 12, 2011 – pre-recorded message
This is a message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are John Bryant, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are John Bryant. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Asset Management Professionals. This is an attempt to collect a debt and

any information obtained will be used for that purpose.. Please contact us an important business matter at 1-888-355-7515.

<u>July 14, 2011 – pre-recorded message</u>
This is a message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are John Bryant, please continue to listen to this message. There will now be a three second pause in this message.

<u>July 15, 2011 – pre-recorded message</u>
This is a message for John Bryant. If you are not John Bryant, please hang up or disconnect. If you are John Bryant, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are John Bryant. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is Asset Management Professionals. This is an attempt to collect a debt and any information obtained will be used for that purpose.. Please contact us an important business matter at 1-888-355-7515.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

**COUNT I**
**<u>FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR</u>**

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658